UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATION STUDENT LEGAL DEFENSE NETWORK<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 25-1432 (JMC) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**

By and through undersigned counsel, the United States Department of Education ("Defendant"), by and through undersigned counsel, respectfully moves to extend the deadline until July 15, 2025, to respond to the Complaint in this action filed by National Student Legal Defense Network ("Plaintiff"). The grounds for this motion are as follows.

1. Plaintiff filed this action seeking judicial review of Defendant's handling of twenty-two Freedom of Information Act ("FOIA") requests. *See* ECF No. 1 ¶ 9. Defendant's response to Plaintiff's Complaint is now due and this is Defendant's first request for an enlargement.

2. This case was assigned to the undersigned late last week, and he is constrained to request this enlargement due to the press of other preexisting litigation deadlines arising from a significant uptick in the number of cases being handled by the Civil Division as well as to confer with Agency Counsel. The undersigned requires a reasonable period of additional time to discuss this matter with the relevant agency. Moreover, in the last few weeks, undersigned counsel has inherited a dozen cases from former colleagues.

3.     This case had not been assigned earlier because, according to the Office's Civil Chief, who closely monitors the Office's incoming case volume, civil cases filed in the District against the United States, its agencies, and its officers in the recent past have approached or surpassed all-time monthly and annual highs.

4.     For example, the Office received 197 new cases last October and 255 new cases in November, or a projected annual pace of 2,712 cases for Fiscal Year 2024, making 2025 the eighth consecutive record-breaking year for new civil case filings in this District. As a result, 2024 eclipsed 2023's unprecedented total (2,307 new cases) by more than 400 cases.

5.     Pursuant to LCvR 7(m), the undersigned conferred with Plaintiff's counsel who graciously consented to this request for an enlargement.

WHEREFORE, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including July 15, 2025. A proposed order is enclosed.

| | |
|---|---|
| Dated: June 12, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:     */s/ Kenneth Adebonojo*<br>KENNETH ADEBONOJO<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202)252-2562<br><br>*Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATION STUDENT LEGAL DEFENSE NETWORK<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | Civil Action No. 25-1432 (JMC) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's consent motion for an extension of time to respond to the complaint in this action with partial consent, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including July 15, 2025, to respond to the Complaint in this action.

SO ORDERED:

_____   　　　　　　　　_____

Dated　　　　　　　　　　　　　　　　　　　　　　HON. JIA M. COBB
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge