UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATION STUDENT LEGAL DEFENSE NETWORK<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF EDUCATION,<br><br>        Defendant. | Civil Action No. 25-1432 (JMC) |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND

By and through undersigned counsel, the United States Department of Education ("Defendant"), by and through undersigned counsel, respectfully moves to extend the deadline until July 22, 2025, to respond to the Complaint in this action filed by National Student Legal Defense Network ("Plaintiff").   The grounds for this motion are as follows.

1.      Plaintiff filed this action seeking judicial review of Defendant's handling of twenty-two Freedom of Information Act ("FOIA") requests.  *See* ECF No. 1 ¶ 9.  Defendant's response to Plaintiff's Complaint is now due and this is Defendant's second request for an enlargement.

2.      Defendant has been working diligently to release records responsive to Plaintiff's FOIA requests and, in fact, released responsive records to one of those requests earlier today. Defendant is still working on processing Plaintiff's other FOIA request.  In the midst of scrambling to respond to Plaintiff's FOIA requests, Defendant has been constrained by time to prepare a response to Plaintiff's Complaint, but expects to do so by next week.

3.      In addition, the undersigned has been inundated with his normal case docket along with an additional dozen cases recently transferred from the undersigned's colleagues who have recently left the office.  Defendant does not request this relatively brief enlargement lightly or to unduly delay an adjudication of this action.

4.      Pursuant to LCvR 7(m), the undersigned conferred with Plaintiff's counsel who graciously consented to this request for an enlargement.

WHEREFORE, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including July 22, 2025.  A proposed order is enclosed.

Dated: July 15, 2025                    Respectfully submitted,
      Washington, DC

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ Kenneth Adebonojo* _____
      KENNETH ADEBONOJO
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202)252-2562

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATION STUDENT LEGAL DEFENSE
NETWORK

            Plaintiff,

    v.                                          Civil Action No. 25-1432 (JMC)

DEPARTMENT OF EDUCATION,

            Defendant.

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's consent motion for an extension of time to respond to the complaint in this action with partial consent, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including July 22, 2025, to respond to the Complaint in this action.

SO ORDERED:


_____              _____
Dated                                        HON. JIA M. COBB
                                             United States District Judge