UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, ) ) ) ) Plaintiff, ) ) v. ) ) DEPARTMENT OF EDUCTION, ) ) Defendant. ) ) | Civil Action No. 25-01432 (JMC) |

## MOTION TO ENLARGE TIME TO RESPOND

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), the Department of Health and Human Services ("Defendant") respectfully requests an enlargement of time until August 8, 2025, to respond to the Complaint filed by the National Student Legal Defense Network ("Plaintiff"). In support hereof, Defendant respectfully proffers the following good cause:

1. Plaintiff commenced this action purportedly pursuant to the Freedom of Information Act, seeking records about certifications made by institutions of higher learning as participants in the student loans system. *See generally* ECF No. 1. Defendant's response to Plaintiff's Complaint was due last week.

2. The undersigned had omitted to send a copy of Defendant's previous enlargement motion for calendaring and, unfortunately, the due date requested never made it to the undersigned calendar. The undersigned regrets his error and respectfully requests the Court's understanding pursuant to Rule 6's "excusable neglect" standard. Although the undersigned is on leave right now until next week, he continues to work due to the unprecedented number of cases being handled by the Civil Division.

3. Furthermore, the undersigned understands that, notwithstanding Defendant's enlargement requests, Plaintiff has received a response to one of the two requests that remain at issue in this litigation. Specifically, Plaintiff has acknowledged receipt of records responsive to one request on or about July 15, 2025. The undersigned further understand from the Agency that the other request is being processed.

4. Defendant does not request this enlargement lightly or to unduly delay an adjudication of this action. In addition to the foregoing reasons, the requested enlargement would enable the undersigned to confer further with agency counsel, while on leave, for input into Defendant's response to Plaintiff's complaint and the processing outlook for Plaintiff's other request.

5. Pursuant to LCvR 7(m), the undersigned conferred with Plaintiff's counsel who does not consent to this request.

Dated: July 28, 2025

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Kenneth Adebonojo*
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
District of Columbia, Civil Division
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF EDUCTION, )<br>)<br>Defendant. )<br>) | Civil Action No. 25-01432 (JMC) |

### **ORDER**

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Defendant shall respond to Plaintiff's Complaint no later than August 8, 2025.

TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE

3